# IN THE SUPREME COURT OF THE STATE OF NEVADA

TEXICALLI, LLC, A NEVADA LIMITED
LIABILITY COMPANY; AND RJ
SANDOVAL, AN INDIVIDUAL,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,
and
NEW EL PORTAL PROPERTY LLC, A
NEVADA LIMITED-LIABILITY
COMPANY,
Real Party in Interest.

No. 70914

**FILED**

SEP 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to strike a request for a trial de novo after mandatory court-annexed arbitration proceedings.

Having considered the petition and appendix filed in this matter, we conclude that petitioners have not demonstrated that the district court arbitrarily or capriciously exercised its discretion. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, our intervention by way of extraordinary relief is not warranted, *see* NRS 34.160; NRAP 21(b)(1); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851

16-28870

(1991) (holding that this court has the discretion to determine whether to consider a writ petition), and we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:     Hon. Timothy C. Williams, District Judge
        Nobles & Yanez Law Firm
        Sklar Williams LLP
        Eighth District Court Clerk